UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANUEL DURAN, on behalf of himself and
all others similarly situated,

                     Plaintiffs,                JUDGMENT

v.                                                24-cv-8281-NRM-LKE

eBay Inc.,

                     Defendant.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 7, 2025; and Defendant eBay Inc., having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs Manuel Duran, Tatiana Luna, Dario Rodriguez, and Chien Wu Pun in the total sum of One Thousand Dollars and Zero Cents ($1,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Manuel Duran, Tatiana Luna, Dario Rodriguez, and Chien Wu Pun and against Defendant eBay Inc., in the total sum of One Thousand Dollars and Zero Cents ($1,000.00).

Dated: Brooklyn, New York                              Brenna B. Mahoney
         August 8, 2025                                    Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk